COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the matter of T. S.

Appellate case number:    01-17-00825-CV

Trial court case number:   JV21772

Trial court:              County Court at Law No. 2 of Brazoria County

This Court's November 28, 2017 Order directed counsel for appellant, T.S., to file a reasonable explanation with the implied motion for an extension of time to file the notice of appeal within ten days of that Order, including whether counsel was appointed or retained. On December 5, 2017, appellant's counsel, Christopher F. Gisentaner, timely filed a motion to extend time to file the notice of appeal. Appellant's counsel contended that, although he was initially retained, an extension was needed because the delay was due to appellant recently requesting the appointment of indigent counsel, which the trial court appointed on December 5, 2017, and because counsel had several trial settings between the September 26, 2017 judgment and the time to file a notice of appeal on October 16, 2017.

Accordingly, appellant's motion to extend the time to file the notice of appeal is **granted** because the notice was filed on October 27, 2017, within the 15-day grace period, and appointed counsel's motion provides a reasonable explanation for the 11-day delay. *See* TEX. R. APP. P. 10.5(b), 26.1(b), 26.3; *Hone v. Hanafin*, 104 S.W.3d 884, 886-87 (Tex. 2003); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Furthermore, the Clerk of this Court's December 5, 2017 notice granted the county clerk's extension request to file the clerk's record until December 15, 2017. Finally, the Court sua sponte **directs** the Clerk of this Court to mark the appellant, T.S., indigent in this Court's records and allowed to proceed without advance payment for purposes of the filing, clerk's, and reporter's record fees. The court reporter, **Sarah Caldwell**, is **ordered** to file the reporter's record **within 10 days of the date of this Order.**

It is so ORDERED.

Judge's signature:   /s/ Laura C. Higley
                         Acting individually
Date: December 7, 2017